**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

November 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/20

Writer's Direct Contact
+1 (212) 336.4257
jkaufman@mofo.com

> The parties' request to extend Defendants' time to respond to December 11, 2020 is hereby granted.  The initial pretrial conference scheduled for December 18, 2020 is hereby adjourned to January 29, 2021 at 3:00 p.m.
> SO ORDERED.

**Via ECF**

The Honorable Judge Alison J. Nathan
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
Courtroom 906
40 Foley Square
New York, New York 10007

*[signature]* 11/9/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Re:   *Brownstone Investment Group LLC v. Bonner & Partners, LLC, et al.*,
      Case No. 1:20-cv-07351-AJN

Dear Judge Nathan:

We have recently been retained to represent defendants Bonner & Partners, LLC and Jeff Brown ("Defendants") in the above-referenced action, and write pursuant to Your Honor's Individual Rules and Practices to respectfully request, jointly with Plaintiff Brownstone Investment Group LLC ("Plaintiff"), that the Court enlarge the time for Defendants to answer, move, or otherwise respond to the Complaint, and that the Court adjourn the initial pretrial conference.

Plaintiff filed the Complaint in this action on September 9, 2020, and Defendants accepted service on October 21, 2020, pursuant to an agreement with Plaintiff, whereby Plaintiff would consent to a 30-day extension of the time for Defendants to answer, move, or otherwise respond to the Complaint.  Defendants' response is currently due on November 11, 2020.  The parties respectfully request that the Court extend Defendants' time to respond to and including December 11, 2020.

The initial pretrial conference for this action is currently scheduled for December 18, 2020.  Calculated from this date, the deadlines for the parties to meet and confer and to submit case management documents fall on or before December 11, 2020, the parties' requested deadline for Defendants to respond.  The parties believe they would be able to meet and confer and prepare case management documents more effectively after Defendants have responded.  Accordingly, the parties also respectfully request that the Court adjourn the initial pretrial conference.  The parties propose January 22, 2021, January 29, 2021, and February 5, 2021 as three mutually agreeable alternate dates for the initial pretrial conference.

sf-4367976

MORRISON | FOERSTER

November 5, 2020
Page Two

No prior extensions have been sought in this action. While no other scheduled dates will necessarily be affected if the proposed extension for Defendants to respond is granted, the parties believe an adjournment of the initial pretrial conference would allow the parties to meet and confer and prepare case management documents most effectively.

We are happy to discuss this request at the Court's convenience.

Respectfully submitted,


Jessica Kaufman


Cc:    L. Donald Prutzman, Esq. (via ECF and email)

sf-4367976