**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Brownstone Investment Group LLC,

                Plaintiff,

    -against-                                 20 **CIVIL** 7351 (AJN)

**JUDGMENT**

Bonner & Partners, LLC, et al.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 5, 2021, Defendants' motion to dismiss is GRANTED. This action is dismissed for lack of personal jurisdiction. All other pending motions are denied as moot.; accordingly, the case is closed.

**Dated:** New York, New York
         August 5, 2021

                                            **RUBY J. KRAJICK**
                                              Clerk of Court
                             **BY:**
                                              **Deputy Clerk**